IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ,<br>    Plaintiff,<br><br>v.<br><br>THE SAVINGS BANK MUTUAL LIFE<br>INSURANCE COMPANY OF<br>MASSACHUSETTS,<br>    Defendant. | § § § § § § § § § § | EP-24-CV-00289-DB |

## FINAL JUDGMENT

On April 15, 2025, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this 15th day of **April 2025**.

_____
HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE